**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES and U.S. DEPARTMENT OF THE TREASURY,<br><br>　　　　*Defendants*. | Civ. A. No. 19-2948 (TJK) |

**JOINT PROPOSED SCHEDULE FOR DISCLOSURE**

Pursuant to the Court's Minute Order dated November 4, 2019, the parties, by and through their undersigned counsel, respectfully submit the following joint proposed schedule for disclosure in this Freedom of Information Act ("FOIA") matter.

**Background**

Plaintiff Americans for Prosperity initiated this action on October 1, 2019, against Defendants Export-Import Bank of the United States ("Ex-Im") and U.S. Department of Treasury ("Treasury") to compel Defendants to produce records responsive to two separate FOIA requests that Plaintiff submitted to Ex-Im and Treasury, respectively, on July 24, 2019. *See* Compl. ¶¶ 10, 20.  Plaintiff's FOIA requests to Ex-Im and Treasury sought three categories of records:

1. All internal communications regarding EXIM's actions to "reduce government subsidized export financing" and Treasury's actions to assist EXIM to "reduce government subsidized export financing."

2. All external communications regarding EXIM's actions to "reduce government subsidized export financing" and Treasury's actions to assist EXIM to "reduce government subsidized export financing."

3. All records (memoranda, policy documents) regarding EXIM's actions to "reduce government subsidized export financing" and Treasury's actions to assist EXIM to "reduce government subsidized export financing."

Defendants answered the Complaint on November 1, 2019.

## Joint Proposed Schedule for Disclosure

The parties held a teleconference on December 2, 2019, to discuss possible search parameters for Plaintiff's requests.  The parties agreed that Defendants will compile a list of offices and custodians within Ex-Im and Treasury they deem most likely to have responsive material and any other proposed search parameters and convey that information to Plaintiff by email within the next few weeks.  The parties further agreed that Plaintiff would convey to Defendant by email a summary of the items that the parties discussed by phone, including counsel's summary of the categories of information and documents sought by Plaintiff's requests.  Plaintiff's summary, in this respect, will not serve to narrow the intended scope of its requests, but will be used to facilitate the parties' ongoing discussions concerning Defendants' search efforts and processing of potentially responsive records.

The parties further agreed that the parties will schedule another meet and confer by phone during the week of January 13, 2020.  Accordingly, the parties request that the Court direct the parties to file another joint status report on or before January 24, 2020, with an update on the parties' discussions on search parameters and a proposed schedule for further proceedings.

Dated: December 2, 2019

 _/s/ Ryan P. Mulvey_
Ryan P. Mulvey
D.C. Bar No. 1024362
R. James Valvo, III
D.C. Bar No. 1017390

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
james.valvo@causeofaction.org

_Counsel for Plaintiff_
_Americans for Prosperity_

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: _/s/  Daniel P. Schaefer_
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

_Counsel for Defendant_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICANS FOR PROSPERITY,

        *Plaintiff*,

      v.

EXPORT-IMPORT BANK OF THE UNITED
STATES and U.S. DEPARTMENT OF THE
TREASURY,

        *Defendants*.

Civ. A. No. 19-2948 (TJK)

## PROPOSED ORDER

In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall

file a further joint status report discussing, *inter alia*, the status of the parties' discussions on

search parameters and a proposed schedule for any processing and further proceedings, on or

before January 24, 2020.

_____
Date

_____
United States District Judge