**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICANS FOR PROSPERITY,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES and U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | Civ. A. No. 19-2948 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order, dated December 3, 2019, the parties, by and through undersigned counsel, respectfully submit the following Joint Status Report ("JSR"):

1. On October 1, 2019, Plaintiff Americans for Prosperity ("AFP") initiated this Freedom of Information Act ("FOIA") lawsuit against Defendants Export-Important Bank of the United States ("Ex-Im") and U.S. Department of Treasury ("Treasury") to compel Defendants to produce records responsive to two separate FOIA requests.

2. Defendants filed their Answer on November 1, 2019.

3. Since the filing of the last JSR, *see* ECF No. 11, the parties have continued to discuss search parameters for AFP's requests, and Defendants have initiated initial search efforts.

4. The parties have scheduled another meet-and-confer for January 22, 2020. At that meeting, they will continue their deliberations concerning the scope of AFP's requests, Defendants' search efforts, and the processing of potentially responsive records.

5. Accordingly, the parties respectfully request that the Court order another JSR to be filed on or before February 19, 2020, at which point the parties will provide a further update on their discussions and a proposed schedule for further proceedings.

Dated: January 15, 2020

/s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362
R. James Valvo, III
D.C. Bar No. 1017390

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
james.valvo@causeofaction.org

*Counsel for Plaintiff*
*Americans for Prosperity*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*