**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICANS FOR PROSPERITY,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES and U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | Civ. A. No. 19-2948 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated February 20, 2020, the parties, by and through undersigned counsel, respectfully submit the following Joint Status Report ("JSR"):

1. On October 1, 2019, Plaintiff Americans for Prosperity ("AFP") initiated this Freedom of Information Act ("FOIA") lawsuit against Defendants Export-Import Bank of the United States ("Ex-Im") and U.S. Department of Treasury ("Treasury") to compel Defendants to produce records responsive to two separate FOIA requests.

2. Defendants filed their Answer on November 1, 2019.

3. Since the filing of the last JSR, *see* ECF No. 14, the parties have continued to discuss the scope of AFP's requests, Defendants' initial search efforts, and the processing of potentially responsive records. The parties last conferred on March 17, 2020, and their deliberations remaining ongoing and productive. Defendant Ex-Im intends to release another interim production by the end of the month. Defendant Treasury still is in the process of revising its searches in light of Plaintiff's most recent agreement to narrow the scope of its request.

4.     Accordingly, the parties respectfully request that the Court order another JSR to be filed on or before April 30, 2020, at which point the parties will provide another update on their discussions and a proposed schedule for further proceedings.

| | |
|---|---|
| Dated: March 27, 2020 | Respectfully submitted, |
| <u>/s/ Ryan P. Mulvey</u><br>Ryan P. Mulvey<br>D.C. Bar No. 1024362<br>R. James Valvo, III<br>D.C. Bar No. 1017390 | TIMOTHY J. SHEA<br>D.C. Bar 437437<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division |
| CAUSE OF ACTION INSTITUTE<br>1310 N. Courthouse Road, Ste. 700<br>Arlington, VA 22201<br>Telephone: (571) 482-4182<br>ryan.mulvey@causeofaction.org<br>james.valvo@causeofaction.org | By: <u>/s/ Daniel P. Schaefer</u><br>DANIEL P. SCHAEFER<br>D.C. Bar 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2531<br>E-mail: Daniel.Schaefer@usdoj.gov |
| *Counsel for Plaintiff*<br>*Americans for Prosperity* | *Counsel for Defendant* |