UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-2948 (TJK) |
| ) | |
| v. ) | |
| ) | |
| THE EXPORT-IMPORT BANK ) | |
| OF THE UNITED STATES, *et al*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's September 1, 2022, Minute Orders, Plaintiff Americans for Prosperity and Defendants the Export-Important Bank of the United States ("EX-IM") and the Department of Treasury (collectively "Defendants"), file this joint status report in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

On September 1, 2022, this Court granted in part and denied in part Defendants' motion for summary judgment, finding that while Defendants properly withheld certain information under Exemption 5, Defendants did not meet their burden as to three documents: 1) a Treasury briefing memorandum with 2) an EX-IM attachment, and 3) an EX-IM document relating to congressional mandates. *See* Sept. 1, 2022, Min. Orders.

Following the Court's Orders, the Department of Treasury agreed to release an additional sentence as to the briefing memorandum, consistent with the Court's order that "[f]irst, Defendants describe one specific redaction as withholding the 'the reasoning that certain matters were anticipated to be included on a joint fact sheet.' ECF No. 34-2 ¶ 13. But the sentence preceding that redaction suggests that the relevant parties already decided what to include on the fact sheet. *See* ECF No. 31-4 at 116. If so, it seems like the redaction is an after-the-fact explanation of a

decision -- which is not usually protected by the deliberative process privilege." Treasury's position is that the remainder of the document is protected by Exemption 5.

Upon consideration of the Court's orders, on September 21, 2022, EX-IM released the challenged attachment with limited redactions. As to the challenged congressional mandates document, EX-IM maintains that the document is covered by Exemption 5. However, in the interest of aiding Plaintiff's understanding as to EX-IM's withholdings, EX-IM lifted certain redactions in support of its contention that the remainder of the document is predecisional and deliberative.  Plaintiff has indicated that it is reviewing Defendants' proposals.

In light of the proposals and productions which were only made the week of September 20, 2022, the parties need additional time to confer regarding as to the need for further judicial intervention, and whether a briefing schedule on the remaining withholdings will be necessary. Accordingly, the parties request that they file a status report with the Court by October 7, 2022 apprising the Court as to next steps, and a proposed briefing schedule, if necessary.

Dated: September 22, 2022

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
R. James Valvo, III
D.C. Bar No. 1017390

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
james.valvo@causeofaction.org

*Counsel for Plaintiff*
*Americans for Prosperity*

                MATTHEW M. GRAVES, D.C. Bar No. 481052
                United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

By:    */s/ Brenda González Horowitz*
                BRENDA GONZÁLEZ HOROWITZ
                D.C. Bar No. 1017243
                Assistant United States Attorney
                U.S. Attorney's Office, Civil Division
                601 D St., N.W.
                Washington, D.C. 20530
                Tel: (202) 252-2512
                Brenda.Gonzalez.Horowitz@usdoj.gov

                *Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 19-2948 (TJK) ) |
| v. | ) ) ) |
| THE EXPORT-IMPORT BANK OF THE UNITED STATES, *et al*, | ) ) ) |
| Defendants. | ) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties are to file a status report by October 7, 2022, proposing a schedule for further proceedings.

SO ORDERED.

---
Dated

---
TIMOTHY J. KELLY
United States District Judge